1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE JONATHAN MARKELL, <br> Petitioner, <br> v. <br> JAMES YATES, <br> Respondent. | Case No. SA CV 06-1029 JFW(JC) <br> (~~PROPOSED~~) <br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 7/21/09

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE